IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA



FILED IN OPEN COURT
AUG −9 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br>HUGO ENRIQUE SANES SAAVEDRA,<br>　　a/k/a "Geova,"<br>　　a/k/a "Geovanny"<br>　　a/k/a "Giovanni,"<br>(Counts One and Two)<br><br>MARLON GEOVANNI CANELAS,<br>RODRIGUEZ,<br>(Counts One and Two)<br><br>JORGE ELIECER ARANGO CORDONA,<br>(Counts One and Two)<br><br>JOSE ABAD HEREDIA PRADO,<br>　　a/k/a "Pava,"<br>(Counts One and Two)<br><br>JENNIFER COLORADO ALBA,<br>　　a/k/a "Jenny,"<br>(Counts One and Two)<br><br>FNU LNU,<br>　　a/k/a "Don Niko,"<br>(Counts One and Two)<br><br>　　　　Defendants. | **UNDER SEAL**<br><br>No. 1:12CR358<br><br>Count One – Conspiracy to Distribute Five Kilograms or More of Cocaine With Intent to Import (21 U.S.C. § 963)<br><br>Count Two – Distribution of Five Kilograms or More of Cocaine With Intent to Import (21 U.S.C. § 959(a) and 18 U.S.C. § 2) |

INDICTMENT

August 2012 Term – At Alexandria, Virginia

## COUNT ONE

THE GRAND JURY CHARGES THAT:

From in and around April 2012 through the date of this Indictment, within the jurisdiction of the United States and in an offense begun and committed outside the jurisdiction of a particular State or district, the defendants, HUGO ENRIQUE SANES SAAVEDRA, a/k/a "Geova," a/k/a "Geovanny," a/k/a "Giovanni," MARLON GEOVANNI CANELAS RODRIGUEZ, JORGE ELIECER ARANGO CORDONA, JOSE ABAD HEREDIA PRADO, a/k/a "Pava," JENNIFER COLORADO ALBA, a/k/a "Jenny," and FNU LNU, a/k/a "Don Niko,"who will be first brought to the Eastern District of Virginia, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury to unlawfully, knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 960(a)(3) & 960(b)(1)(B)(ii).

(In violation of Title 21, United States Code, Section 963).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 6, 2012, within the jurisdiction of the United States and in an offense begun and committed outside the jurisdiction of a particular State or district, the defendants, HUGO ENRIQUE SANES SAAVEDRA, a/k/a "Geova," a/k/a "Geovanny," a/k/a "Giovanni," MARLON GEOVANNI CANELAS RODRIGUEZ, JORGE ELIECER ARANGO CORDONA, JOSE ABAD HEREDIA PRADO, a/k/a "Pava," JENNIFER COLORADO ALBA, a/k/a "Jenny," and FNU LNU, a/k/a "Don Niko," who will be first brought to the Eastern District of Virginia, did unlawfully, knowingly and intentionally distribute, and aided and abetted the distribution of five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States.

(In violation of Title 21, United States Code, Sections 959(a), 960(a)(3) and 960(b)(1)(B)(ii) and Title 18, United States Code, Section 2).

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
FOREPERSON

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: *Mary Daly*
Lynn E. Haaland
Mary K. Daly
Assistant United States Attorneys