# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division



FILED

MAR 13 2015

UNITED STATES OF AMERICA

v.  Case Number 1:12CR00358-004

JOSE ABAD HEREDIA PRADO,
a.k.a. "Pava"

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, JOSE ABAD HEREDIA PRADO, was represented by Michael S. Arif, Esquire.

The defendant pleaded guilty to Count 1 of the Indictment. Accordingly, the defendant is adjudged guilty of the following count, involving the indicated offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 21 U.S.C. § 963 | Conspiracy to Distribute Five (5) Kilograms or More of Cocaine with Intent to Import (Felony) | 04/2012 | 1 |

On motion of the United States, the Court has dismissed Count 2 of the Indictment.

As pronounced on March 13, 2015, the defendant is sentenced as provided in pages 2 through 7** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 13th day of March, 2015.

/s/

Leonie M. Brinkema
United States District Judge

**Page 7 of this document contains sealed information.

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 2 - Imprisonment

Judgment—Page 2 of 7

Defendant: JOSE ABAD HEREDIA PRADO
Case Number: 1:12CR00358-004

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FORTY-TWO (42) MONTHS, with credit for time served as of June 21, 2013.

The defendant is remanded into the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 9/7/15 to CCA
at M C RAC , with a certified copy of this Judgment.

c: P.O. (2) (3)
   Mshl. (4) (2)
   U.S.Atty.
   U.S.Coll.
   Dft. Cnsl.      By
   PTS
   Financial
   Registrar
   ob

_____
United States Marshal
BJS LT.

_____
Deputy Marshal